NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JEFFREY SOLOMON K. CHIJIOKE-UCHE,**
*Plaintiff-Appellant*

**v.**

**EQUIFAX INFORMATION SERVICES, LLC,**
*Defendant*

**AMERICREDIT FINANCIAL SERVICES, INC., dba GM Financial,**
*Defendant-Appellee*

---

2024-1254

---

Appeal from the United States District Court for the Eastern District of Pennsylvania in No. 2:19-cv-04006-GJP, Judge Gerald J. Pappert.

-------------------------------------------------

**JEFFREY SOLOMON K. CHIJIOKE-UCHE,**
*Plaintiff-Appellant*

**v.**

**GENERAL MOTORS, aka GM Buick,**
*Defendant*

**GENERAL MOTORS LLC,**
*Defendant-Appellee*

————————

2024-1255

————————

Appeal from the United States District Court for the Eastern District of Pennsylvania in No. 2:20-cv-00216-GJP, Judge Gerald J. Pappert.

————————

Before CHEN, LINN, and HUGHES, *Circuit Judges.*

PER CURIAM.

## O R D E R

In response to the court's January 18, 2024 show cause order, Jeffrey Solomon K. Chijioke-Uche urges this court to retain jurisdiction over these appeals. Appellees have not responded.

Dr. Chijioke-Uche filed the underlying complaints in the United States District Court for the Eastern District of Pennsylvania asserting claims under the Fair Credit Reporting Act ("FCRA") and the Magnuson-Moss Warranty Act ("MMWA"). He now appeals from the district court's orders granting in part the defendants' motions to strike his proposed narrative testimony and trial exhibits.

Contrary to Dr. Chijioke-Uche's assertion, these appeals fall outside the limited authority that Congress granted this court to review decisions of federal district courts: cases arising under the patent laws, *see* 28 U.S.C. § 1295(a)(1); civil actions on review to the district court from the United States Patent and Trademark Office, *see* § 1295(a)(4)(C); and cases involving certain damages claims against the United States "not exceeding $10,000 in

amount," 28 U.S.C. § 1346(a)(2), *see* 28 U.S.C. § 1295(a)(2); 28 U.S.C. § 1292(c)(1).

Instead, any appeal in these matters would belong in the United States Court of Appeals for the Third Circuit. *See* 28 U.S.C. § 1291. We deem it the better course to transfer to that court, where Dr. Chijioke-Uche may raise, among other things, his arguments regarding 28 U.S.C. § 1292. 28 U.S.C. § 1631.

Accordingly,

IT IS ORDERED THAT:

This matter and all its filings are transferred to the United States Court of Appeals for Third Circuit pursuant to 28 U.S.C. § 1631.

FOR THE COURT

April 15, 2024
Date

Jarrett B. Perlow
Clerk of Court